**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| TAHIRIH JUSTICE CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | ) | Case No. 1:26-cv-01036-MSN-WEF |

**JOINT STATUS REPORT**

Plaintiff brought this action pursuant to the Freedom of Information Act ("FOIA") and Declaratory Judgment Act, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA. *See* ECF 1. On July 8, 2026, the Defendants, with Plaintiff's consent, filed a motion for a processing schedule. *See* ECF 22. After the Court held an initial pre-trial conference, where Defendants noted that they would complete the searches for the requested documents on or before July 31, 2026, this Court granted the Defendants' consent motion for a processing schedule on July 22, 2026. *See* ECF 25.

In the July 22 Order, this Court ordered that Immigration and Custom's Enforcement ("ICE") and the Department of Homeland Security ("DHS") to process 500 pages of potentially responsive records each month and all responsive, non-exempt portions of those 500 pages shall be released to Plaintiff every thirty (30) days beginning with the Defendants' July 31,2026 initial release. *See id.* This Court further ordered that the parties file a status report with this Court on the fifth of every month. *See id.* Consistent with this Court's Order, the parties provide the following report on the status of the matter:

1. On July 24, 2026, DHS released its' interim response to the Plaintiff's FOIA requests. For this interim response, DHS reviewed 400 pages. All 12 pages for release are being withheld in part pursuant to Exemptions 5, 6 and 7(c) of FOIA. 79 pages are duplicates and 309 pages require further consultation within DHS or with other government agencies. DHS will release any responsive non-exempt material when these pages are returned from consultation. DHS is currently awaiting feedback from those consultations before it can continue its processing. DHS states that all its consultations were sent to other government agencies on July 13, 2026, with a deadline for response by August 7, 2026. DHS hopes to have at least a part of the records back from consultation and processed for release to Plaintiff by August 31, 2026. However, please note, DHS' ability to release by August 31, 2026, is dependent on other agencies.

2. On July 31, 2026, ICE released its' interim response to Plaintiff's FOIA requests. A search of the Office of Enforcement and Removal Operations (ERO), the Office of Policy, the Office of the Principal Legal Advisor (OPLA); Enforcement and Removal Operations Law Division (EROLD), Immigration Law Practice Division (ILPD), and the Office of Legal Operations located 322 pages and 4 excel spreadsheets that were potentially responsive to Plaintiff's request. ICE has determined that 153 pages were non-responsive and they will be withheld in full; 169 pages and 4 spreadsheets were deemed responsive, and they will be released in full or disclosed in part pursuant to FOIA Exemptions (b)(5), (b)(6), (b)(7)(C), (b)(7)(E), and (b)(7)(F). A total of 169 pages of records were produced along with 4 excel spreadsheets.

3. Plaintiff continues to review DHS's and ICE's productions, including Defendants' responsiveness determinations and asserted FOIA exemptions.

4. The parties will submit their next status report on September 8, 2026. *See* ECF 25 ¶ d ("To the extent that any obligation falls on a Federal Holiday, *see* 5 U.S.C. § 6103(a), or a weekend, the obligation shall be carried over to the next business day").

//

//

Dated: August 5, 2026

Respectfully Submitted,

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

/s/
BRETTE PENA
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, NW
Washington, DC 20006
P: 202-887-4000
Email: BPena@akingump.com
*Pro Hac Vice Counsel for Plaintiff*

/s/
ANTHONY T. PIERCE
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street NW
Washington, DC 20006
P: (202) 887-4000
Fax: 202-887-4288
Email: apierce@akingump.com
*Local Counsel for Plaintiff*

*By:* /s/
CHRISTIAN J. COOPER
MIGUEL A. MORALES ORTIZ
Special Assistant United States Attorneys
Office of the U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia, 22314
Tel: (703) 299-3831/3753
Fax: (703) 299-3983
Email: Christian.Cooper@usdoj.gov
Miguel.Morales.Ortiz@usdoj.gov
*Counsel for Defendants*