**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

TAHIRIH JUSTICE CENTER,

*Plaintiff*,

v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants*.

Case No. 1:26-cv-01036-MSN-WEF

**JOINT STATUS REPORT**

Plaintiff brought this action pursuant to the Freedom of Information Act ("FOIA") and Declaratory Judgment Act, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA. *See* ECF 1. On July 8, 2026, the Defendants, with Plaintiff's consent, filed a motion for a processing schedule. *See* ECF 22. After the Court held an initial pre-trial conference, where Defendants noted that they would complete the searches for the requested documents on or before July 31, 2026, this Court granted the Defendants' consent motion for a processing schedule on July 22, 2026. *See* ECF 25.

In the July 22 Order, this Court ordered that Immigration and Custom's Enforcement ("ICE") and the Department of Homeland Security ("DHS") to process 500 pages of potentially responsive records each month and all responsive, non-exempt portions of those 500 pages shall be released to Plaintiff every thirty (30) days beginning with the Defendants' July 31,2026 initial release. *See id.* This Court further ordered that the parties file a status report with this Court on the fifth of every month. *See id.* Consistent with this Court's Order, the parties provide the following report on the status of the matter:

1. On August 28, 2026, DHS released a second interim response to the Plaintiff's FOIA requests. For this response, DHS provided 15 additional pages that were returned from other agencies after consultation. All 15 pages are being withheld in part pursuant to Exemptions 5, 6, 7(c), 7(e), 7(f), of FOIA. Currently, DHS has approximately 294 pages of potentially responsive records that are with other government agencies for review and input. DHS hopes to have more records back from consultation and processed for release to Plaintiff by September 30, 2026. However, please note, DHS' ability to release by September 30, 2026, is dependent on other agencies.

2. That same day, Plaintiff indicated that they completed their initial review of the productions to date, and identified issues with those productions. The parties are currently working on resolving those issues. ICE indicated that they found additional records when they did a final search before their first production. There are several documents currently being reviewed for release. ICE has agreed to provide (1) how many additional documents were found; and (2) how many more productions they anticipate, as soon as practicable. ICE has also noted the challenges to the exemptions, as well as the missing attachments, and is re-reviewing to see if they can be released. ICE also anticipates another production going *this week*, which Plaintiff will review in connection with the issues it identified.

3. Once Plaintiff receives additional productions from DHS and ICE, they will review those productions, including Defendants' responsiveness determinations and asserted FOIA exemptions. The parties will continue to confer on any issues that remain unresolved.

4. The parties will submit their next status report on October 5, 2026. *See* ECF 25.

//

//

Dated: September 8, 2026

Respectfully Submitted,

TODD W. BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

/s/

BRETTE PENA
MARGARET O'BRIEN RUSCONI
ANTHONY T. PIERCE
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, NW
Washington, DC 20006
P: 202-887-4000/4061/4288
Email: BPena@akingump.com
MRusconi@akingump.com
APierce@akingump.com
*Counsel for Plaintiff*

*By:* /s/

CHRISTIAN J. COOPER
MIGUEL A. MORALES ORTIZ
Special Assistant United States Attorneys
Office of the U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia, 22314
Tel: (703) 299-3831/3753
Fax: (703) 299-3983
Email: Christian.Cooper@usdoj.gov
Miguel.Morales.Ortiz@usdoj.gov
*Counsel for Defendants*